**David K. WETHINGTON, Sr., Plaintiff-Appellant,**

v.

**Walter JOYNER, Defendant-Appellee.**

**No. 17-6058**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

David K. Wethington, Sr., Appellant Pro Se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David K. Wethington, Sr., appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wethington v. Joyner*, No. 2:16-cv-00559-AWA-LRL (E.D. Va. Dec. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED*